IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR237** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RYAN MOODY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline for complying with paragraph 6 of the Order on Sentencing Schedule (Filing No. 76).

IT IS ORDERED:

1. The Defendant's motion to extend the deadline for complying with paragraph 6 of the Order on Sentencing Schedule (Filing No. 76) is granted; and

2. The Defendant shall comply with paragraph 6 of the Order on Sentencing Schedule on or before January 13, 2006.

DATED this 12th day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge